EXHIBIT A



# Invoice

Alien Vape
Canoga Park, CA
Phone: 8184451566
Email: alienvape@gmail.com



| BILL TO | | INVOICE# | 69369 |
|---|---|---|---|
| ███ Anaheim, CA ███ | | DATE: | 12/10/2012 |
| ███ | | DUE DATE: | 12/10/2012 |
| | | PROJECT: | |

| ITEM DESCRIPTION | PRICE | QTY | TOTAL |
|---|---|---|---|
| **Alien Vape** <br> Blister Pack | $ 10.00 | 20 | $ 200.00 |
| **Alien Vape** <br> Shell Pack | $ 13.00 | 20 | $ 260.00 |

| | |
|---|---|
| Subtotal: | $ 460.00 |
| Invoice Total: | $ 460.00 |
| Paid to date: | - $ 460 |
| **Balance (USD)** | **$ 0.00** |



Paid