John E. Lord (CA SBN 216111)
Email: jlord@onellp.com
ONE LLP
9301 Wilshire Blvd, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Amanda G. Hyland (*admitted pro hac vice*)
Email: ahyland@taylorenglish.com
William Scott Creasman (*admitted pro hac vice*)
Email: screasman@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

*Counsel for Defendants*
*Big Bang Vape Co., LLC, Unified Vape Distribution, Inc., True Lab Creations, Inc., and Taylor Craig*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MIKE SARIEDDINE, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIG BANG VAPE CO., LLC, a Georgia limited liability company; UNIFIED VAPE DISTRIBUTION, INC., a Georgia corporation; TRUE LAB CREATIONS, INC. a Georgia corporation; TAYLOR CRAIG, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:17-cv-989-DSF-SK<br>Hon. Dale S. Fischer<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR STAY OF ACTION**<br><br><br>Date:　　　June 3, 2019<br>Time:　　　1:30 p.m.<br>Crtrm.:　　　7D |

**NOTICE OF MOTION AND MOTION FOR STAY OF ACTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 3, 2019, at 1:30 p.m., or as soon thereafter as this matter can be heard before the Honorable Dale S. Fischer of the United States District Court for the Central District of California, at First Street Courthouse, 350 West First Street, Courtroom 7D, Los Angeles, CA 90012-4565, Defendants Big Bang Vape Co., LLC ("Big Bang"), Unified Vape Distribution, Inc., True Lab Creations, Inc., and Taylor Craig will and hereby do move this Court to stay this action pending the outcome of *Mike Sarieddine v. Alien Visions E-Juice, Inc., et al.;* Case No. 2:18-cv-3658-PA-MAA (Hon. Percy Anderson), United States District Court, Central District of California.

This motion requests that the Court exercise its inherent power to manage the dockets and stay proceedings. *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936). Plaintiff's action against Defendants concerns the exact same marks at issue in another action Plaintiff brought in this district against Alien Visions E-Juice, Inc., referenced above (the "Alien Visions Action"). In the Alien Visions Action, the Judge Anderson recently entered an order finding that Alien Vision established priority of use of the subject trademarks marks and as a result, Plaintiff cannot maintain an action for infringement. Plaintiff and Alien Visions then stipulated to the final remaining issue. As a result, Judge Anderson then canceled Plaintiff's marks in the Alien Visions Action. Thus, the resolution of the Alien Visions Action has mooted most of Plaintiff's claims before the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 16, 2019. Plaintiff opposes this motion.

In support of this Motion, Defendants rely on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, any

/ / /
/ / /
/ / /

1
**NOTICE OF MOTION AND MOTION FOR STAY OF ACTION**

arguments of counsel at any hearings scheduled by the Court in connection with this Motion, and any such further evidence and material that the Court may allow.

Dated: April 29, 2019  **ONE LLP**

/s/*John E. Lord*_____
John E. Lord

**TAYLOR ENGLISH DUMA LLP**

Amanda G. Hyland  (*admitted pro hac vice*)
W. Scott Creasman  (*admitted pro hac vice*)
Seth K. Trimble  (*admitted pro hac vice*)

*Attorneys for Defendants*
*Big Bang Vape Co., LLC, Unified Vape Distribution, Inc., True Lab Creations, Inc., and Taylor Craig*