John E. Lord (Bar No. 216111)
Email: jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Amanda G. Hyland (*admitted pro hac vice*)
Email: ahyland@taylorenglish.com
William Scott Creasman (*admitted pro hac vice*)
Email: screasman@taylorenglish.com
Seth K. Trimble (*admitted pro hac vice*)
Email: strimble@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

*Counsel for Defendants*
*Big Bang Vape Co., LLC, Unified Vape Distribution, Inc., True Lab Creations, Inc., and Taylor Craig*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>            Plaintiff,<br><br>       v.<br>s<br>BIG BANG VAPE CO., LLC, a Georgia limited liability company; UNIFIED VAPE DISTRIBUTION, INC., a Georgia corporation; TRUE LAB CREATIONS, INC. a Georgia corporation; TAYLOR CRAIG, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:17-cv-00989-DSF-SK<br>Hon. Dale S. Fischer<br><br>**DECLARATION OF AMANDA G. HYLAND IN SUPPORT OF DEFENDANTS' MOTION TO STAY**<br><br>Date:      June 3, 2019<br>Time:     1:30 p.m.<br>Crtrm.:   7D |

**DECLARATION OF AMANDA G. HYLAND**

**DECLARATION OF AMANDA G. HYLAND**

I, Amanda G. Hyland, declare as follows:

1. I am a partner with the law firm of Taylor English Duma, LLP. I am counsel for all the Defendants in this case.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Anderson's Order from *Sarieddine v. Alien Visions E-Juice, Inc., et al.*; Case No. 2:18-cv-3658-PA-MAA ("Alien Visions Case"), granting Alien Visions E-Juice, Inc.'s motion for summary judgment.

3. Attached hereto as Exhibit B is a true and correct copy of a joint stipulation entered in the Alien Visions Case.

4. Attached hereto as Exhibit C is a true and correct copy of the Final Order entered in the Alien Visions Case and cancelling U.S. Trademark Registration Nos. 4,517,249 and 4,997,336.

5. I spoke with Plaintiff's counsel on April 19, 2019, and he informed me that Plaintiff will appeal Judge Anderson's Order.

Executed this 25th day of April, 2019, in Atlanta, Georgia.

*[signature]*
Amanda G. Hyland

---

1
**DECLARATION OF AMANDA G. HYLAND**